*Charles Levine* for respondent.

No. 720. MEREDITH *v.* CONE ET AL. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert J. Pleus* for petitioner. *Messrs. Harry L. Thompson* and *Giles J. Patterson* for respondents.

No. 721. WORRELL *v.* FEDERAL LAND BANK OF BALTIMORE. March 25, 1940. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. Grover C. Worrell* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Robert K. McConnaughey,* and *Thomas M. Darnall,* and *Miss May T. Bigelow* for respondent.

No. 726. FLEISHER ENGINEERING & CONSTRUCTION CO. ET AL. *v.* UNITED STATES FOR THE USE AND BENEFIT OF HALLENBECK. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank Gibbons* for petitioners. *Alice B. Marion* for respondent.

No. 728. BUDER *v.* NEW YORK TRUST Co. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Mark Eisner* for petitioner. *Messrs. David Paine* and *Joseph M. Hartfield* for respondent.